FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2025 OCT 29 P 1:35

Jeannette Soto Santini,
*Plaintiff*

Civil Action No. 1:25-cv-01437

vs

Adventure Tours by Dawn et al,
*Defendant(s)*

AFFIDAVIT OF INDIGENCE, HOMELESSNESS, AND REQUEST FOR ALTERNATIVE SERVICE

I, Jeannette Soto Santini, being duly sworn, depose and state as follows, I am the Plaintiff in the above-captioned case, proceeding pro se. I have filed a Motion for Leave to Proceed in Forma Pauperis (ECF 2), demonstrating my inability to pay the Court's filing fees due to my indigent and homeless status.

1. I have no financial steady income. My recent deposits have been minimal to pay my car insurance, cellphone payment, gas, laundry. It's insufficient to pay any Court filing fees of $450. I am currently homeless and do not have access to PACER.
2. The Clerk of Court verbally informed me that the Judge ***"wants you to pay the fee."***
3. I am unable to comply with this request and requiring me to pay would deny me meaningful access to the Court, violating my rights under the ***Due Process Clause*** (U.S. Const. Amend. V & XIV) and the ***Equal Protection Clause*** (U.S. Const. Amend. XIV).
4. The Court may accept the Pauperis form, but Court will not complete for service with the USMS.
5. The reason is that Case **1:24-cv-2008** denied the Pauperis form on **November 21, 2024**, as stipulated by a Court order that arrived unsigned by Judge Michael S. Nachmanoff; However, Clerk Nwamaka C. Anowi, in the "Dismissed Appeal order" filed on **April 29, 2025**, stated that the order had been approved on **November 22, 2024**, and the case was closed on **December 23, 2024**. [Fraud in the Court]
6. Jeannette Appeal on January 24, 2025, and Clerk Van does not want to accept the Appeal.
7. Jeanette Soto Santini filed another Pauperis application with the Court in **December 2025** and add detail of all her bill; it had been approved on **December 12, 2024**.
8. This means the order was approved on **November 22, 2024**, but it was destroyed by an employee from the Court or mailroom, and it was never sent to Jeanette Soto Santini "Due process Clause" violation. By this date, Jeanette had not signed up to receive electronic notification via PACER. The Court order on **December 12, 2024**, order was false but have the Judge Michael S. Nachmanoff signature.

9. The United States District Court in Alexandria has employees or judges who are obstructing justice, and they want to close the new **Case 1:25-cv-01437.**

10. Jeannette wants the **Senate Judiciary Committee** for oversight to investigate the signing Court order on **Dec 12, 2024,** if it is the signature of Judge Michael S. Nachmanoff, or someone forged judge signature.

11. The Case 1:24-cv-2008 had all Motion Oral Hearings on hold, Judge never accepted. The case was closed, and Jeannette Soto Santini was never informed of the reason.

12. On **Dec. 20, 2024,** Jeannette received an alert on yahoo about a "Memorandum." This order was removed from the docket Case 1:24-cv-2008.

13. Jeannette gave the summons on <u>Nov 8, 2024</u> with the address written in pen to Clerk Jackeline. The summons had to be typed in computer. Clerk Jackeline told the Plaintiff, *"The Court covers the Pauperis form, and covers the summons services as well."*

14. Clerk Jackeline took the 4 inches of Prima Facies, Summons, and five Case Complaints.

15. It is possible that CLERK changed the address to avoid completing the service. USMS know that. For reasons that the Court refuses to share the information about the "Memorandum". Jeannette will share with the **Senate Judiciary Committee** that order Memorandum was ai the docket Case, because the Court is removing court orders from Case 1:24-cv-2008. Clerk and Judge violated the *Due Process Clause* and *Equal Protection Clause* (U.S. Const. Amend. XIV).

16. Case 1:25-cv-01437 filed on Aug 29, 2025, will be completed with the <u>Charles County Sheriff's Office</u>. DISTRICT 3 STATION. <u>Location: 3670 Leonardtown Road, Waldorf, MD 20601</u>.

17. Due to conflicts of interest between the USMS, Clerk, and Judges. The best option is a Sheriff Department will be chosen to notify Defendants.

18. Someone will support me to pay a private Maryland County Sheriff to serve the summons and complaint on the defendants, rather than relying on the U.S. Marshals Service in the Court.

19. I request the Court authorize this alternative service method to ensure proper notice and continuation of this case.

## DECLARATION

I, Jeannette Soto Santini declare under penalty of perjury pursuant to 28 U.S.C. § 1746 under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29 day of Oct , 2025.

State of Virginia County of Fairfax
Subscribed and sworn before me on 10/29/2025
(Date)

_____
(Notary Signature)

Jeannette Soto Santini
P.O. Box 710152
Herndon, VA 20171
703-405-2946
Pro Se Plaintiff

HECTOR EDUARDO TELLO GALLARDO
NOTARY PUBLIC
REG. #7676709
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MAY 31, 2028

Notary Seal